UNITED STATES DISTRICT COURT
SOUTHERN OF NEW YORK

----------------------------------------------------------- X

David Thames on behalf of himself
and classes of those similarly
situated, and Fabiola Adonis, Akash
Ahmed, Augstin Alvarez, James
Anderson, Kenneth Bird, Saleha
Biswas, Annabelle Boose, Chris
Bradshaw, Santrese Brower-Haynes,
Paul Brown, Jeffrey Coleman,
Tammie Cromartie, Noel Reyes
Contreras, Antionette Davis, Patricia
Deline, Jasmin Diaz, Hakan Duzel,
Alfonso Esquivel, Vilma Flamenco,
Taga Fahim, Salvatore Grande, Akes
Handy, Kim Harley, Roger Hillaire,
Luke Hopkins, Suzette Johnson,
David Latimer, Doris Laya Calle,
Lisa Muse, Roudy Noel, Nathan
Ouderkirk, Denise Pokrentowski, Iris
Rivera, Awilda Rosario, Joeann
Starling, Judith Sutherland, Sherron
Thomas, Leon Tucker, Marcus
Vaughn, and Denise Williams
collectively,

         Plaintiffs,

vs.

KFC Corporation,

         Defendant.

----------------------------------------------------------- X

Case No. 1:07-cv-06836-WHP

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant states that KFC corporation is a subsidiary of KFC Holding Co. No other publicly held company has an ownership interest of 10% or more in KFC Corporation. KFC Holding Co. is a subsidiary of Yum! Brands, Inc., a publicly traded company.

Date:  August 21, 2007                    MAYER, BROWN, ROWE & MAW, LLP

                                          By _____
                                             John M. Conlon (JC-3616)

                                          1675 Broadway
                                          New York, New York 10019
                                          (212) 506-2500

                                          Attorneys for Defendant

Of Counsel:
Robert P. Davis
MAYER, BROWN, ROWE & MAW LLP
1909 K Street N.W.
Washington, D.C.  20006
Telephone:  (202) 263-3000

Diana Hoover
MAYER, BROWN, ROWE & MAW LLP
700 Louisiana Street
Suite 3400
Houston, TX 77002
Telephone:  (713) 238-2628
Fax: (713) 238-4628

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the Court on this 21st day of August, 2007, and served via the Court's electronic mailing system upon counsel of record:

| | |
|---|---|
| Adam T. Klein<br>Jack A. Reisner<br>OUTTEN & GOLDEN, LLP<br>3 Park Avenue, 29th Floor<br>New York, NY 10016 | Donald H. Nichols<br>Michelle R. Fisher<br>Paul J. Lukas<br>Nichols Kaster & Anderson, PLLP<br>4600 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 |

_____
Counsel for Defendant