UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

David Thames on behalf of himself
and classes of those similarly
situated, and Fabiola Adonis, Akash
Ahmed, Augstin Alvarez, James
Anderson, Kenneth Bird, Saleha
Biswas, Annabelle Boose, Chris
Bradshaw, Santrese Brower-Haynes,
Paul Brown, Jeffrey Coleman,
Tammie Cromartie, Noel Reyes
Contreras, Antionette Davis, Patricia
Deline, Jasmin Diaz, Hakan Duzel,
Alfonso Esquivel, Vilma Flamenco,
Taga Fahim, Salvatore Grande, Akes
Handy, Kim Harley, Roger Hillaire,
Luke Hopkins, Suzette Johnson,
David Latimer, Doris Laya Calle,
Lisa Muse, Roudy Noel, Nathan
Ouderkirk, Denise Pokrentowski, Iris
Rivera, Awilda Rosario, Joeann
Starling, Judith Sutherland, Sherron
Thomas, Leon Tucker, Marcus
Vaughn, and Denise Williams
collectively,

           Plaintiffs,

vs.

KFC Corporation,

           Defendant.

------------------------------------------------------------ X

Case No. 1:07-cv-06836-WHP

ECF Case

## Notice of Motion to Stay Proceedings Pending a Decision by the Judicial Panel for Multidistrict Litigation

PLEASE TAKE NOTICE that, upon the affirmation of John M. Conlon, dated August 24, 2007, defendant KFC Corporation will move this Court, before the Honorable William H.

Pauley, for an order staying all proceedings in this action pending a transfer decision by the Judicial Panel on Multidistrict Litigation ("the Panel"), pursuant to U.S.C.A. § 1407.

Dated: New York, New York
      August 24, 2007

                    Respectfully submitted,

                    MAYER, BROWN, ROWE & MAW LLP

                    By: _____
                    John M. Conlon (JC-3616)
                    1675 Broadway
                    New York, New York 10019-5820
                    (212) 506-2500

                    Attorneys for Defendant KFC Corporation