**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------- X

David Thames on behalf of himself
and classes of those similarly
situated, and Fabiola Adonis, Akash
Ahmed, Augstin Alvarez, James
Anderson, Kenneth Bird, Saleha
Biswas, Annabelle Boose, Chris
Bradshaw, Santrese Brower-Haynes,
Paul Brown, Jeffrey Coleman,
Tammie Cromartie, Noel Reyes
Contreras, Antionette Davis, Patricia
Deline, Jasmin Diaz, Hakan Duzel,
Alfonso Esquivel, Vilma Flamenco,
Taga Fahim, Salvatore Grande, Akes
Handy, Kim Harley, Roger Hillaire,
Luke Hopkins, Suzette Johnson,
David Latimer, Doris Laya Calle,
Lisa Muse, Roudy Noel, Nathan
Ouderkirk, Denise Pokrentowski, Iris
Rivera, Awilda Rosario, Joeann
Starling, Judith Sutherland, Sherron
Thomas, Leon Tucker, Marcus
Vaughn, and Denise Williams
collectively,

                Plaintiffs,

vs.

KFC Corporation,

                Defendant.

---------------------------------------------------- X

Case No. 1:07-cv-06836-WHP

ECF Case

## <u>NOTICE OF NAME CHANGE</u>

Please take notice that, effective August 31, 2007, the name of Defendant's counsel

MAYER, BROWN, ROWE & MAW LLP will change to:

MAYER BROWN LLP

The office address remains:

1675 Broadway
New York, NY 10019
(212) 506-2500
(212) 262-1950 (fax)

Kindly use the new firm name in all pleadings, correspondence, and other documents after August 30, 2007.

Dated: New York, New York
       August 24, 2007

                                      Respectfully submitted,

                                      MAYER, BROWN, ROWE & MAW LLP

                                      By:_____
                                          John M. Conlon (JC-3616)
                                        1675 Broadway
                                        New York, New York 10019-5820
                                        (212) 506-2500

                                      Attorneys for Defendant KFC Corporation