# EXHIBIT A:

Order issued by the Magistrate Judge Timothy S. Hogan, U.S. District Court, Southern District of Ohio – Western Division, denying Defendant's Motion to Stay

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Thomas Wellman et al.,
    Plaintiff(s),

v.                                Case Number 1:07cv0439
                                   (Beckwith, J.; Hogan, MJ)

KFC Corporation,
    Defendant(s).

## CALENDAR ORDER

This calendar order shall proceed as follows:

1. Deadline for motion for leave to file an amended complaint: **November 26, 2007**

2. Deadline for disclosure of expert witnesses and submission of expert reports:
    Plaintiff identify primary experts: **January 24, 2008**
    Plaintiff produce primary reports: **January 24, 2008**
    Defendant identify primary experts: **March 3, 2008**
    Defendant rebuttal for producing primary reports: **March 3, 2008**

3. Notice of compliance with Rule 26: **March 14, 2008**

4. Parties to exchange witness list and summary: **March 14, 2007**

5. Discovery deadline: **April 8, 2008**

6. Dispositive motions deadline: **April 23, 2008**

7. Final pretrial conference: **August, 2008***

8. Jury Trial: **September, 2008***

9. Defendant's Motion to Stay Proceedings (Doc. 19) is **DENIED**.

8/27/07
Date
awh / August 27, 2007
*The specific dates will be assigned by the District Court.

Timothy S. Hogan
United States Magistrate Judge