# EXHIBIT C:

Minute Entry by Judge Rebecca Pallmeyer, U.S. District of Northern District of Illinois, Denying Defendant's Motion to Stay.

Order Form (01/2005)    Case 1:07-cv-03957   Document 17   Filed 08/29/2007   Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 3957 | **DATE** | 8/29/2007 |
| **CASE TITLE** | Talia Pippion, et al vs. KFC Corp | | |

**DOCKET ENTRY TEXT**

Defendant's motion to stay proceedings pending a decision by the Judicial Panel for Multidistrict Litigation [14] is denied without prejudice. Rule 16 conference set for 9/11/2007 at 9:00 a.m. to stand.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SB |
|---|---|---|