UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
David Thames on behalf of himself
and classes of those similarly
situated, and Fabiola Adonis, Akash
Ahmed, Augstin Alvarez, James
Anderson, Kenneth Bird, Saleha
Biswas, Annabelle Boose, Chris
Bradshaw, Santrese Brower-Haynes,
Paul Brown, Jeffrey Coleman,
Tammie Cromartie, Noel Reyes
Contreras, Antionette Davis, Patricia
Deline, Jasmin Diaz, Hakan Duzel,      :   **ECF Case**
Alfonso Esquivel, Vilma Flamenco,
Taga Fahim, Salvatore Grande, Akes
Handy, Kim Harley, Roger Hillaire,
Luke Hopkins, Suzette Johnson,
David Latimer, Doris Laya Calle,       :   Case No. 1:07-cv-6836-WHP
Lisa Muse, Roudy Noel, Nathan
Ouderkirk, Denise Pokrentowski, Iris       **Reply Affirmation of John M. Conlon in**
Rivera, Awilda Rosario, Joeann             **Further Support of Defendant's Motion to**
Starling, Judith Sutherland, Sherron        **Stay Proceedings Pending a Decision by the**
Thomas, Leon Tucker, Marcus                **Judicial Panel for Multidistrict Litigation**
Vaughn, and Denise Williams
collectively,

          Plaintiffs,

vs.

KFC Corporation,

          Defendant.
------------------------------------------------------------- X

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK )

       JOHN M. CONLON, affirms, under penalty of perjury, as follows:

1.  I am an attorney at the firm of Mayer Brown LLP, counsel to Defendant KFC Corporation, and respectfully submit this reply affirmation in further support of the motion to stay all proceedings in this action pending a transfer decision by the Judicial Panel on Multidistrict Litigation ("the Panel"), pursuant to U.S.C.A. § 1407.

2.  Attached as Exhibit A is a copy of the August 17, 2007 Transfer Order issued in In re Tyson Foods, Inc. Fair Labor Standards Act Litig., MDL No. 1854.

3.  Attached as Exhibit B is a copy of the August 23, 2007 Order issued in Barkley, et al. v. KFC Corp., No. 3:07-cv-00026-W (W.D.N.C.).

4.  Attached as Exhibit C is a copy of the docket for Bourlotos, et al. v. KFC Corp., No. 8:07-cv-00968-JSM-MAP (M.D. Fla.).

5.  Attached as Exhibit D is a copy of the August 29, 2007 Order issued in Dandrige, et al. v. KFC Corp. and KFC U.S. Properties, Inc., No. 3:07-CV-332 (E.D. Va.).

6.  Attached as Exhibit E is a copy of the September 5, 2007 Order issued in Hernandez, et al. v. KFC Corp., No. 3:07-cv-00201-DB (W.D. Tex.).

7.  Attached as Exhibit F is a copy of the docket for Anacleto, et al. v. KFC Corp., No. 1:07-cv-11066-GAO (D. Mass.).

8.  Attached as Exhibit G is a copy of the August 23, 2007 Order Canceling Scheduling Conference issued in Ballard, et al. v. KFC Corp., No. 2:07-cv-12538-NGE-VMM (E.D. Mich.).

9. Attached as Exhibit H is a copy of the August 28, 2007 Notice issued in <u>Bosworth v. KFC Corp.</u>, No. 1:07-CV-131 (E.D. Tenn.).

Dated: September 13, 2007
       New York, New York

_____
John M. Conlon

## CERTIFICATE OF SERVICE

I, Evan A. Creutz, do hereby certify that I have on September 13, 2007 caused true and correct copies of the foregoing affirmation to be filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Adam T. Klein
Jack A. Raisner
OUTTEN & GOLDEN LLP
3 Park Avenue, 25th Floor
New York, NY 10016

and

Donald H. Nichols
Paul J. Lukas
Michelle R. Fisher
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
fisher@nka.com

_____
Evan A. Creutz