# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:07-cv-00026-W

| | |
|---|---|
| NIKKIA BARKLEY, on behalf of herself and other similarly situated persons, and STEVEN BYRD, KATRINA DENNIS, TEENA HARDISON, CHERYL JOHNSON, NATERRA MCQUEEN, TONYA MILLS, MARASHA PATTERSON, STEPHANIE REED, and LUIS ROMERO, collectively, <br><br> Plaintiffs, <br><br> vs. <br><br> KFC CORPORATION, <br><br> Defendant. | ORDER |

THIS MATTER is before the Court on Defendant's Motion to Stay Proceedings Pending a Decision by the Judicial Panel for Multidistrict Litigation (Doc. No. 29). The Court, having considered the Motion, finds that it is meritorious and should be GRANTED.

IT IS, THEREFORE, ORDERED that all deadlines and proceedings in this matter are stayed until the Judicial Panel on Multidistrict Litigation decides whether to consolidate and transfer this matter to a single district for coordinated pretrial proceedings.

IT IS SO ORDERED.

Signed: August 23, 2007

Frank D. Whitney
United States District Judge