EXHIBIT C

# U.S. District Court
## Middle District of Florida (Tampa)
## CIVIL DOCKET FOR CASE #: 8:07-cv-00968-JSM-MAP

Bourlotos et al v. KFC Corporation
Assigned to: Judge James S. Moody, Jr
Referred to: Magistrate Judge Mark A. Pizzo
Cause: 29:201 Denial of Overtime Compensation

Date Filed: 06/05/2007
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Mark Bourlotos**
*collectively*

represented by **Donald H. Nichols**
Nichols, Kaster & Anderson, PLLP
4600 IDS Center
80 South Eighth St.
Minneapolis, MN 55402-2113
612/256-3200
Fax: 612/338-4878
Email: nichols@nka.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
Wenzel & Fenton
633 N. Franklin St., Suite 500
Tampa, FL 33602
813/224-0431
Fax: 813/229-8712
Email: mfenton@wenzelfenton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
Nichols, Kaster & Anderson, PLLP
4600 IDS Center
80 South Eighth St.
Minneapolis, MN 55402-2113
612/256-3200
Fax: 612/338-4878
Email: fisher@nka.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
Nichols, Kaster & Anderson, PLLP
4600 IDS Center
80 South Eighth St.
Minneapolis, MN 55402-2113
612/256-3200
Fax: 612/338-4878
Email: lukas@nka.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Alexander**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Haddi Azadi**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Honorine Baptiste**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Barth**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Birkyn Bautista**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marcy Beamenderfer**
*(Thurston) collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Elias Benedith**                    represented by    **Donald H. Nichols**
*collectively*                                        (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Matthew K. Fenton**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Michele R. Fisher**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Paul J. Lukas**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Julie Blasini**                     represented by    **Donald H. Nichols**
*collectively*                                        (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Matthew K. Fenton**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Michele R. Fisher**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Paul J. Lukas**

Case 1:07-cv-06836-WHP    Document 11-4    Filed 09/13/2007    Page 6 of 32

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victoria Bonilla**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Boudreaux**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Demesha Broom**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katie Brown**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Bruk**
*collectivey*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tammy Canning**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Julia Cardenas**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Alita Clerisier**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*

Case 1:07-cv-00836-WHP   Document 11-4   Filed 09/13/2007   Page 8 of 31

*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Betinna Cobb**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Deborah Collins**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Brenda Cox**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Stephanie Dalton**               represented by   **Donald H. Nichols**
*collectively*                                     (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Matthew K. Fenton**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Michele R. Fisher**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Paul J. Lukas**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Travis Denson**                  represented by   **Donald H. Nichols**
*collectively*                                     (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Matthew K. Fenton**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Michele R. Fisher**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Paul J. Lukas**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Dollar**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ketty Doralus**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reginald Edwards**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Michele R. Fisher
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Paul J. Lukas
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carrie Ewing**
*collectively*

represented by  **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Delphia Felder**
*collectively*

represented by  **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paula Finstad**
*collectively*

represented by  **Donald H. Nichols**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosebend Frederic**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Guzman**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donnajean Hansen**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joyce Harden**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Harris**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Sheila Haynes**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Vivian Hernandez**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tina Hicks**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Hogan**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacquelyn Holmes**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Evelyn James**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Latanya Jason**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Dawn Kapwata**
*(Glover) collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Matthew K. Fenton
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Michele R. Fisher
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Paul J. Lukas
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Barbara Kendrick**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Michele R. Fisher
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Michelle Letourneau**
*colelctively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Takira Mainor**                    represented by    **Donald H. Nichols**
*collectively*                                         (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Matthew K. Fenton**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Michele R. Fisher**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Paul J. Lukas**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Marshall**                 represented by    **Donald H. Nichols**
*collectively*                                         (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Matthew K. Fenton**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Michele R. Fisher**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Paul J. Lukas**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ruben Martinez**                   represented by    **Donald H. Nichols**
*collectively*                                         (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Matthew K. Fenton**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

Michele R. Fisher
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Paul J. Lukas
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jon McClellon**                              represented by     **Donald H. Nichols**
*collectively*                                                    (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Matthew K. Fenton**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Michele R. Fisher**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Paul J. Lukas**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lajuan McDuffie**                            represented by     **Donald H. Nichols**
*collectively*                                                    (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Matthew K. Fenton**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Michele R. Fisher**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Paul J. Lukas**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darrell McSweeney**                          represented by     **Donald H. Nichols**

*collectively*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Medina**                    represented by  **Donald H. Nichols**
*collectively*                                        (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Mitchell**                  represented by  **Donald H. Nichols**
*collectively*                                        (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Paul J. Lukas
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sylvia Negron**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jill Onest**
*(Benton) collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline Ortiz**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donovan Peffers**                    represented by    **Donald H. Nichols**
*collectively*                                          (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Matthew K. Fenton**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michele R. Fisher**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Paul J. Lukas**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Glenn Plofsky**                      represented by    **Donald H. Nichols**
*collectively*                                          (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Matthew K. Fenton**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michele R. Fisher**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Paul J. Lukas**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Renee Poisson**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Reynolds, III**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Perla Rivera**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elliot Samuels**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerald Sanders**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacquelin Scherer**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joshua Scofield**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Randy Singleton**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tammy Steed**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Stoltz**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Schenita Swift**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rajia Talil**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michele Taranto**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annie Williams**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dan Worley**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Yates**
*collectively*

represented by **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew K. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**KFC Corporation**                 represented by **Diana L. Hoover**
                                     Law Office of Diana L. Hoover
                                     700 Louisiana, Suite 3400
                                     Houston, TX 77002
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **Jay P. Lechner**
                                     Greenberg Traurig, P.A.
                                     Courthosue Plaza
                                     Suite 100
                                     625 Twiggs Street
                                     Tampa, FL 33602
                                     813-318-5710
                                     Fax: 813-318-5900
                                     Email: lechnerj@gtlaw.com
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **Peter W. Zinober**
                                     Greenberg Traurig, P.A.
                                     Courthouse Plaza, Suite 100
                                     625 Twiggs Street
                                     Tampa, FL 33602
                                     813-318-5700
                                     Fax: 813-318-5900
                                     Email: zinoberp@gtlaw.com
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **Robert P. Davis**
                                     Mayer, Brown, Rowe & Maw LLP
                                     1909 K Street N. W.
                                     Washington, DC 20006
                                     202/263-3000
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/2007 | 1 | COMPLAINT against KFC Corporation; jury demand (Filing fee $ 350 receipt number T041814) filed by all plaintiffs. (Attachments: Exhiibt A, Part (1); Exhibt A, Part (2); Exhibit A, Part (3))(mrh) (Entered: 06/06/2007) |

| 06/05/2007 | 2 | Summons issued as to KFC Corporation. (mrh) (Entered: 06/06/2007) |
|---|---|---|
| 06/07/2007 | 3 | NOTICE of designation under Local Rule 3.05 - track 2 issued by Deputy Clerk on 6/7/2007. (smb) (Entered: 06/07/2007) |
| 06/08/2007 | 4 | MOTION for Donald H. Nichols, Paul J.Lukas, Michele R. Fisher to appear pro hac vice by all plaintiffs. (Fenton, Matthew) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 06/08/2007) |
| 06/08/2007 | 5 | ENDORSED ORDER granting 4 motion to appear pro hac vice. Signed by Judge Mark A. Pizzo on 6/8/2007. (WGL, ) (Entered: 06/08/2007) |
| 06/28/2007 | 6 | *Defendant's* ANSWER and affirmative defenses to complaint by KFC Corporation. (Zinober, Peter) (Entered: 06/28/2007) |
| 07/23/2007 | 7 | NOTICE of Appearance by Peter W. Zinober on behalf of KFC Corporation (Zinober, Peter) Modified on 7/24/2007 (mrh). NOTE: TERMINATED. INCORRECT CODE. ATTORNEY NOTIFIED. ATTORNEY TO REFILE. (Entered: 07/23/2007) |
| 07/25/2007 | 8 | APPEARANCE of non-resident counsel and designation of local counsel by Peter W. Zinober on behalf of KFC Corporation. Local Counsel: Peter W. Zinober. Non-Resident Counsel: Robert P. Davis. (Zinober, Peter) (Entered: 07/25/2007) |
| 08/21/2007 | 9 | CASE MANAGEMENT REPORT. (Fisher, Michele) (Entered: 08/21/2007) |
| 08/22/2007 | 10 | NOTICE by KFC Corporation *Filing of Documents Filed with the Judicial Panel on Multidistrict Litigation* (Attachments: # 1 Exhibit Motion of KFC Corp for Transfer, etc.# 2 Exhibit Brief in Support of Motion of KFC Corp for Transfer, etc.# 3 Exhibit Schedule of Actions# 4 Exhibit Corporate Disclosure Statement# 5 Exhibit Notice of Appearance# 6 Exhibit Oral Argument Statement# 7 Exhibit Proof of Service)(Lechner, Jay) (Entered: 08/22/2007) |
| 08/22/2007 | 11 | MOTION to stay Proceeding Pending A Decision By the Judicial Panel For Multidistrict Litigation and Supporting Memorandum of Law by KFC Corporation. (Attachments: # 1 Exhibit A - Order# 2 Exhibit B - Report & Recommendation# 3 Exhibit C - Memorandum of Law in Support of Defendant's Motion for an Order Denying Certification of a Class or Collective Action and Dismissing Plaintiffs# 4 Exhibit D - Defendant's Motion for an Order Declaring that Plaintiffs Have Waived Their Right to Arbitrate and Enjoining Plaintiffs from Pursuing Arbitration# 5 Exhibit D (Pt. 2) - Memorandum of Law In Support of Defendant's Motion for an Order Declaring, etc.# 6 Exhibit E - Defendant's Amended Notice of Motion for an Order Declaring that Plaintiffs Have Waivd Their Right to Arbitrate and Enjoining Plaintiffs From Pursuing Arbitration# 7 Exhibit F - Defendant's Notice of Motion for an Order Denying Certification of a Class or Collective Action and Dismissing Plaintiffs# 8 Exhibit G - Motion of Defendant KFC Corp for Transfer of Actions to the District of Minn. Pursuant to 28 U.S.C. Sec. 1407, etc.# 9 Exhibit H - Nangle Article)(Lechner, Jay) (Entered: 08/22/2007) |
| 08/24/2007 | 12 | ENDORSED ORDER granting 11 Motion to STAY proceedings pending MDL decision. Signed by Judge James S. Moody Jr. on 8/24/2007. (len) (Entered: 08/24/2007) |
| 08/30/2007 | 13 | RESPONSE in opposition re 11 MOTION to stay Proceeding Pending A Decision By the Judicial Panel For Multidistrict Litigation and Supporting Memorandum of Law filed by Stephanie Dalton, Travis Denson, David Dollar, Ketty Doralus, Reginald Edwards, Carrie Ewing, Haddi Azadi, Delphia Felder, Paula Finstad, Rosebend Frederic, Diane Guzman, Donnajean Hansen, Joyce Harden, Paul Harris, Sheila Haynes, Vivian Hernandez, Tina Hicks, Honorine Baptiste, William Hogan, Jacquelyn Holmes, Evelyn James, Latanya Jason, Dawn Kapwata, Barbara Kendrick, Michelle Letourneau, Takira Mainor, Anthony Marshall, Ruben Martinez, David Barth, Jon McClellon, Lajuan McDuffie, Darrell McSweeney, Anthony Medina, Michael Mitchell, Sylvia Negron, Jill Onest, Jacqueline |

Ortiz, Donovan Peffers, Glenn Plofsky, Renee Poisson, Birkyn Bautista, Joseph Reynolds, III, Perla Rivera, Elliot Samuels, Gerald Sanders, Mark Bourlotos, Jacquelin Scherer, Joshua Scofield, Randy Singleton, Tammy Steed, Steven Stoltz, Schenita Swift, Marcy Beamenderfer, Rajia Talil, Michele Taranto, Annie Williams, Dan Worley, Michael Yates, Elias Benedith, Julie Blasini, Victoria Bonilla, Patricia Boudreaux, Demesha Broom, Katie Brown, Brian Bruk, Tammy Canning, Julia Cardenas, Eric Alexander, Alita Clerisier, Betinna Cobb, Deborah Collins, Brenda Cox. (Attachments: # 1 Affidavit of Michele R. Fisher# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C)(Fisher, Michele) (Entered: 08/30/2007)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/07/2007 08:48:00 | | | |
| **PACER Login:** | mb0116 | **Client Code:** | 07085465 |
| **Description:** | Docket Report | **Search Criteria:** | 8:07-cv-00968-JSM-MAP |
| **Billable Pages:** | 20 | **Cost:** | 1.60 |