# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| SEBRINA DANDRIGE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KFC CORPORATION<br>and KFC U.S. PROPERTIES, INC.,<br><br>Defendants. | Civil Action No.: 3:07–CV–332 |

## **ORDER**

THIS MATTER comes before the Court on a Motion to Stay Proceedings by the Defendants, filed as Docket Entry No. 15. Through this motion Defendants seek to stay all proceedings in this action for alleged violations of the Fair Labor Standards Act pending a transfer decision by the Judicial Panel on Multtdistrict Litigation. The Court understands that the Plaintiffs' claims were originally filed in a class-action lawsuit in the District of Minnesota. That class has been recently decertified, and a number of individual actions have been filed in their stead. Five hundred of those plaintiffs have refiled their actions in a total of twenty-seven different lawsuits; nearly two hundred others are pursuing arbitration. On August 21, 2007, Defendants filed a motion before the Panel seeking to transfer the twenty-seven newly filed cases to the District of Minnesota for pre-trial proceedings, and that motion is still pending.

Upon due consideration, the Defendants' Motion to Stay These Proceedings Pending a Decision by the Judicial Panel for Multi-district Litigation shall be GRANTED. The Defendants shall notify the Court within eleven (11) days of the date on which the Panel resolves their motion to transfer.

It is SO ORDERED.

/s/
James R. Spencer
Chief United States District Judge

ENTERED this  29th  day of August 2007

2