# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2007 SEP -5  AM 8: 57
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY

| | |
|---|---|
| CLAUDIO HERNANDEZ, et al., | § |
| Plaintiffs, | § |
| vs. | § Case No. 3:07-cv-00201-DB |
| KFC CORPORATION, | § |
| Defendant. | § |

### ORDER

Motion having been made, and the Court being otherwise duly and sufficiently advised,

**IT IS HEREBY ORDERED** that these proceedings be, and are, hereby stayed pending a decision by the Judicial Panel for Multidistrict Litigation to transfer this proceeding.

Dated: 9-5-07

_____
Judge, United States District Court