# EXHIBIT F

**United States District Court**
**District of Massachusetts (Boston)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-11066-GAO**

Anacleto et al v. KFC Corporation
Assigned to: Judge George A. O'Toole, Jr
Cause: 29:201 Fair Labor Standards Act

Date Filed: 06/07/2007
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Francisco Anacleto**          represented by   **Donald H. Nichols**
Nichols Kaster & Anderson LLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
612-256-3200
Fax: 612-215-6870
Email: nichols@nka.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
Nichols Kaster & Anderson LLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
612-256-3200
Fax: 612-215-6870
Email: fisher@nka.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
Nichols Kaster & Anderson LLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
612-256-3200
Fax: 612-215-6870
Email: lukas@nka.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon E. Liss-Riordan**
Pyle, Rome Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street
Suite 500
Boston, MA 02108
617-367-7200
Fax: 617-367-4820
Email: sliss@prle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rafael Araujo**                      represented by **Donald H. Nichols**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Michele R. Fisher**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Paul J. Lukas**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Shannon E. Liss-Riordan**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cleonice Brito**                     represented by **Donald H. Nichols**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Michele R. Fisher**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Paul J. Lukas**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Shannon E. Liss-Riordan**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Burbul**                       represented by **Donald H. Nichols**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Michele R. Fisher**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Paul J. Lukas**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon E. Liss-Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Dannette Canuto**                 represented by    **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon E. Liss-Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Karen Chan**                 represented by    **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon E. Liss-Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Dwight Goodwin**                 represented by    **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*

                                      *ATTORNEY TO BE NOTICED*

                                      **Michele R. Fisher**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Paul J. Lukas**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Shannon E. Liss-Riordan**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alessandra Oliveira**                               represented by  **Donald H. Nichols**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Michele R. Fisher**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Paul J. Lukas**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Shannon E. Liss-Riordan**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Owens**                                     represented by  **Donald H. Nichols**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Michele R. Fisher**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Paul J. Lukas**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Shannon E. Liss-Riordan**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Derek Sampson**      represented by    **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon E. Liss-Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ana Sandoval**      represented by    **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon E. Liss-Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marcio Takimoto**      represented by    **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*

                            *ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon E. Liss-Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lataisha Wise**  represented by  **Donald H. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele R. Fisher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon E. Liss-Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**KFC Corporation**  represented by  **Diana L. Hoover**
Mayer, Brown, Rowe, & Maw LLP
Suite 3400
700 Louisiana Street
Houston, TX 77002
713-238-2628
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Mankes**
Littler Mendelson P.C.
One International Place
Suite 2700
Boston, MA 02110
617-378-6006
Fax: 617-737-0052
Email: mmankes@littler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2007 | 1 | COMPLAINT against KFC Corporation, filed by Dannette Canuto, Karen Chan, Dwight Goodwin, Alessandra Oliveira, Patrick Owens, Derek Sampson, Ana Sandoval, Marcio Takimoto, Lataisha Wise, Francisco Anacleto, Rafael Araujo, Cleonice Brito, Susan Burbul. (Attachments: # 1 Civil Cover Sheet # 2 Category Sheet)(York, Steve) (Entered: 06/07/2007) |
| 06/07/2007 | | ELECTRONIC NOTICE of Case Assignment. Judge George A. O'Toole, Jr assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander (York, Steve) (Entered: 06/07/2007) |
| 06/07/2007 | | Summons Issued as to KFC Corporation. (York, Steve) (Entered: 06/07/2007) |
| 06/07/2007 | | Filing fee: $ 350, receipt number 80540 for 1 Complaint, (York, Steve) (Entered: 06/07/2007) |
| 06/08/2007 | 2 | MOTION for Leave to Appear Pro Hac Vice for admission of Paul Lukas by Dannette Canuto, Karen Chan, Dwight Goodwin, Alessandra Oliveira, Patrick Owens, Derek Sampson, Ana Sandoval, Marcio Takimoto, Lataisha Wise, Francisco Anacleto, Rafael Araujo, Cleonice Brito, Susan Burbul. (Attachments: # 1 Affidavit 1)(Liss-Riordan, Shannon) (Entered: 06/08/2007) |
| 06/08/2007 | 3 | MOTION for Leave to Appear Pro Hac Vice for admission of Donald H. Nichols by Dannette Canuto, Karen Chan, Dwight Goodwin, Alessandra Oliveira, Patrick Owens, Derek Sampson, Ana Sandoval, Marcio Takimoto, Lataisha Wise, Francisco Anacleto, Rafael Araujo, Cleonice Brito, Susan Burbul. (Attachments: # 1 Affidavit 1)(Liss-Riordan, Shannon) (Entered: 06/08/2007) |
| 06/08/2007 | 4 | MOTION for Leave to Appear Pro Hac Vice for admission of Michele R. Fisher by Dannette Canuto, Karen Chan, Dwight Goodwin, Alessandra Oliveira, Patrick Owens, Derek Sampson, Ana Sandoval, Marcio Takimoto, Lataisha Wise, Francisco Anacleto, Rafael Araujo, Cleonice Brito, Susan Burbul. (Attachments: # 1 Affidavit 1)(Liss-Riordan, Shannon) (Entered: 06/08/2007) |
| 06/08/2007 | | Filing fee: $ 150, receipt number 80570 for 2 MOTION for Leave to Appear Pro Hac Vice for admission of Paul Lukas, 3 MOTION for Leave to Appear Pro Hac Vice for admission of Donald H. Nichols, 4 MOTION for Leave to Appear Pro Hac Vice for admission of Michele R. Fisher (Edge, Eugenia) (Entered: 06/12/2007) |
| 06/12/2007 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 2 Motion for Leave to Appear Pro Hac Vice Added Paul J. Lukas for Dannette Canuto and Karen Chan, Donald H. Nichols for Dannette Canuto,Karen Chan,Dwight Goodwin,Alessandra Oliveira,Patrick Owens,Derek Sampson,Ana Sandoval,Marcio Takimoto,Lataisha Wise,Francisco Anacleto,Rafael Araujo,Cleonice Brito,Susan Burbul, Michele R. Fisher for Dannette Canuto,Karen Chan,Dwight Goodwin,Alessandra Oliveira,Patrick Owens,Derek Sampson,Ana Sandoval,Marcio Takimoto,Lataisha Wise,Francisco Anacleto,Rafael Araujo,Cleonice Brito,Susan Burbul; granting 3 Motion for Leave to Appear Pro Hac Vice Added Paul J. Lukas for Dannette Canuto and Karen Chan, Donald H. Nichols for Dannette Canuto,Karen Chan,Dwight Goodwin,Alessandra Oliveira,Patrick Owens,Derek Sampson,Ana Sandoval,Marcio Takimoto,Lataisha Wise,Francisco Anacleto,Rafael Araujo,Cleonice Brito,Susan Burbul, Michele R. Fisher for Dannette Canuto,Karen Chan,Dwight Goodwin,Alessandra Oliveira,Patrick Owens,Derek Sampson,Ana Sandoval,Marcio Takimoto,Lataisha Wise,Francisco Anacleto,Rafael Araujo,Cleonice Brito,Susan Burbul; granting 4 Motion for Leave to Appear Pro Hac Vice Added Paul J. Lukas for Dannette Canuto and Karen Chan, Donald |

| | | |
|---|---|---|
| | | H. Nichols for Dannette Canuto,Karen Chan,Dwight Goodwin,Alessandra Oliveira,Patrick Owens,Derek Sampson,Ana Sandoval,Marcio Takimoto,Lataisha Wise,Francisco Anacleto,Rafael Araujo,Cleonice Brito,Susan Burbul, Michele R. Fisher for Dannette Canuto,Karen Chan,Dwight Goodwin,Alessandra Oliveira,Patrick Owens,Derek Sampson,Ana Sandoval,Marcio Takimoto,Lataisha Wise,Francisco Anacleto,Rafael Araujo,Cleonice Brito,Susan Burbul (Edge, Eugenia) (Entered: 06/12/2007) |
| 06/12/2007 | 5 | NOTICE issued to Attorney Michele R. Fisher regarding mandatory use of ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (Edge, Eugenia) (Entered: 06/12/2007) |
| 06/18/2007 | 6 | SUMMONS Returned Executed KFC Corporation served on 6/14/2007, answer due 7/4/2007. (Liss-Riordan, Shannon) (Entered: 06/18/2007) |
| 06/29/2007 | 7 | MOTION for Leave to Appear Pro Hac Vice for admission of Diana L. Hoover by KFC Corporation. (Attachments: # 1 Affidavit Diana L. Hoover# 2 Appendix Certificate of Good Standing)(Mankes, Michael) (Entered: 06/29/2007) |
| 07/05/2007 | 8 | ANSWER to Complaint *and Affirmative Defenses* by KFC Corporation.(Mankes, Michael) (Entered: 07/05/2007) |
| 07/05/2007 | 9 | NOTICE of Scheduling ConferenceScheduling Conference set for 9/10/2007 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 07/05/2007) |
| 07/05/2007 | 10 | CORPORATE DISCLOSURE STATEMENT by KFC Corporation. (Mankes, Michael) (Entered: 07/05/2007) |
| 07/06/2007 | | Filing fee: $ 50, receipt number 80980 for 7 MOTION for Leave to Appear Pro Hac Vice for admission of Diana L. Hoover (Edge, Eugenia) (Entered: 07/06/2007) |
| 07/06/2007 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 7 Motion for Leave to Appear Pro Hac Vice Added Diana L. Hoover for KFC Corporation (Edge, Eugenia) (Entered: 07/06/2007) |
| 08/22/2007 | 11 | NOTICE *of Filings Before the Judicial Panel on Multidistrict Litigation* by KFC Corporation (Attachments: # 1 Exhibit A: Motion for Transfer of Actions# 2 Exhibit B: Brief in Support of Motion for Transfer of Actions# 3 Exhibit C: Corporate Disclosure Statement# 4 Exhibit D: Notice of Appearance of Robert P. Davis# 5 Exhibit E: Oral Argument Statement of Reasons# 6 Exhibit F: Proof of Service)(Mankes, Michael) Modified on 8/24/2007 (Edge, Eugenia). (Entered: 08/22/2007) |
| 08/22/2007 | 12 | MOTION to Stay *Proceedings Pending a Decision by the Judicial Panel for Multidistrict Litigation* by KFC Corporation.(Mankes, Michael) (Entered: 08/22/2007) |
| 08/22/2007 | 13 | MEMORANDUM in Support re 12 MOTION to Stay *Proceedings Pending a Decision by the Judicial Panel for Multidistrict Litigation* filed by KFC Corporation. (Attachments: # 1 Index to Exhibits# 2 Exhibit A: Parler Order# 3 Exhibit B: Parler Report and Recommendation# 4 Exhibit C: Motion and Memo for Order Denying Class Cert# 5 Exhibit D: Motion and Memo for Order Declaring Plaintiffs Waived Right to Arbitrate and Enjoining from Pursuing Arbitration# 6 Exhibit E: Parler Notice of Hearing# 7 Exhibit F: Ackerman Notice of Hearing# 8 Exhibit G: Nangle Article)(Mankes, Michael) (Entered: 08/22/2007) |
| 08/29/2007 | | ELECTRONIC NOTICE Resetting or Cancelling Hearing. As this is an MDL case, the scheduling conference set down for 9/10/07 at 2:00pm is cancelled. (Lyness, Paul) (Entered: 08/29/2007) |
| 08/30/2007 | 14 | Opposition re 12 MOTION to Stay *Proceedings Pending a Decision by the Judicial* |

|  |  |  |
|---|---|---|
|  |  | *Panel for Multidistrict Litigation* filed by Dannette Canuto, Karen Chan, Dwight Goodwin, Alessandra Oliveira, Patrick Owens, Derek Sampson, Ana Sandoval, Marcio Takimoto, Lataisha Wise, Francisco Anacleto, Rafael Araujo, Cleonice Brito, Susan Burbul. (Attachments: # 1 Affidavit of Michele R. Fisher# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C)(Fisher, Michele) (Entered: 08/30/2007) |
| 09/04/2007 | 15 | REPORT of Rule 26(f) Planning Meeting. (Fisher, Michele) (Entered: 09/04/2007) |
| 09/04/2007 | 16 | CERTIFICATION pursuant to Local Rule 16.1 by Dannette Canuto, Karen Chan, Dwight Goodwin, Alessandra Oliveira, Patrick Owens, Derek Sampson, Ana Sandoval, Marcio Takimoto, Lataisha Wise, Francisco Anacleto, Rafael Araujo, Cleonice Brito, Susan Burbul.(Fisher, Michele) (Entered: 09/04/2007) |
| 09/05/2007 | 17 | NOTICE by KFC Corporation *of Name Change of Mayer, Brown, Rowe & Maw LLP to Mayer Brown LLP* (Mankes, Michael) (Entered: 09/05/2007) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 09/07/2007 08:54:27 ||||
| PACER Login: | mb0116 | Client Code: | 07085465 |
| Description: | Docket Report | Search Criteria: | 1:07-cv-11066-GAO |
| Billable Pages: | 6 | Cost: | 0.48 |