# EXHIBIT G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MINNIE BALLARD, ET AL.,

    Plaintiff(s),

V.

                    CIVIL NO. 07-12538
                    HON. NANCY G. EDMUNDS

KFC CORPORATION,

    Defendant(s).
_____/

## ORDER CANCELING SCHEDULING CONFERENCE

IT IS ORDERED that the SCHEDULING CONFERENCE set for September 5, 2007 is CANCELED.

**SO ORDERED.**

                    s/Nancy G. Edmunds
                    Nancy G. Edmunds
                    United States District Judge

Dated: August 23, 2007

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 23, 2007, by electronic and/or ordinary mail.

                    s/Carol A. Hemeyer
                    Case Manager