# EXHIBIT H

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| KIMBERLEE BOSWORTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   NO. 1:07-CV-131 |
| | ) |
| KFC CORPORATION | ) |
| | ) |
| Defendant. | ) |

## NOTICE

PLEASE TAKE NOTICE that the scheduling conference previously set for **Friday, August 31, 2007 at 10:30 a.m.** is **CANCELLED**. The scheduling conference may be **RESET** at a future date. All parties will be notified.

CURTIS L. COLLIER, U.S. DISTRICT JUDGE

By: *Sheila Hendrix*, Judicial Assistant

*Date: August 28, 2007*
*Notice Served to All Counsel of Record*