IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| David Thames on behalf of himself and classes of those similarly situated,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>KFC Corporation,<br><br>　　　　　　Defendant. | Case No.: 07-cv-6836 |

**APPEARANCE**

To the Clerk of this court and all parties of record:

　　Please enter my appearance as counsel in this case for Plaintiffs' David Thames on behalf of himself and classes of those similarly situated.

　　I certify that I am admitted to practice in this court.

Date: 9/25/2007　　　　　　　　　　　　　　s/Michele R. Fisher
　　　　　　　　　　　　　　　　　　　　　Michele R. Fisher, NY Bar No. MF 4600
　　　　　　　　　　　　　　　　　　　　　Nichols Kaster & Anderson
　　　　　　　　　　　　　　　　　　　　　4600 IDS Center
　　　　　　　　　　　　　　　　　　　　　80 South Eighth Street
　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　　Telephone: (612) 256-3200
　　　　　　　　　　　　　　　　　　　　　Fax: (612)215-6870

*CERTIFICATE OF SERVICE*

I hereby certify that on September 25, 2007, I electronically filed the foregoing Notice of Appearance of Michele R. Fisher with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**John Matthew Conlon**
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(212) 506-2500
Fax: (212)-262-1910
Email: jconlon@mayerbrown.com

**Adam T Klein**
Outten & Golden,LLP (NYC)
3 Park Avenue, 29th Floor
New York, NY 10016
212 245-1000
Fax: 212 977-4005
Email: atk@outtengolden.com

**Jack A. Raisner**
Outten & Golden,LLP (NYC)
3 Park Avenue, 29th Floor
New York, NY 10016
(212) 245-1000
Fax: (212) 977-4005
Email: jar@outtengolden.com

s/Michele R. Fisher
Michele R. Fisher