UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

David Thames on behalf of himself
and classes of those similarly
situated, and Fabiola Adonis, Akash
Ahmed, Augstin Alvarez, James
Anderson, Kenneth Bird, Saleha
Biswas, Annabelle Boose, Chris
Bradshaw, Santrese Brower-Haynes,
Paul Brown, Jeffrey Coleman,
Tammie Cromartie, Noel Reyes
Contreras, Antionette Davis, Patricia
Deline, Jasmin Diaz, Hakan Duzel,
Alfonso Esquivel, Vilma Flamenco,
Taga Fahim, Salvatore Grande, Akes
Handy, Kim Harley, Roger Hillaire,
Luke Hopkins, Suzette Johnson,
David Latimer, Doris Laya Calle,
Lisa Muse, Roudy Noel, Nathan
Ouderkirk, Denise Pokrentowski, Iris
Rivera, Awilda Rosario, Joeann
Starling, Judith Sutherland, Sherron
Thomas, Leon Tucker, Marcus
Vaughn, and Denise Williams
collectively,

: **ECF Case**

: Case No. 1:07-cv-6836-WHP

              Plaintiffs,

vs.

KFC Corporation,

              Defendant.

------------------------------------------------------------ x

## NOTICE OF TRANSFER OF ACTION

Please take notice that, on January 3, 2008, the Judicial Panel on Multidistrict Litigation issued an order transferring the above-titled action to the District of Minnesota for coordinated or consolidated pretrial proceedings. Pursuant to the Rules of Procedure of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407, this Court will receive a certified copy of the transfer order from the clerk of the District of Minnesota

for purposes of effectuating the transfer of files to that District. For the convenience of the Court, a copy of the transfer order is being submitted along with this Notice as Exhibit A to the Affirmation of John M. Conlon, dated January 7, 2008.

Date: January 7, 2008

**MAYER BROWN LLP**

By _____
John M. Conlon

1675 Broadway
New York, New York 10019
(212) 506-2500

*Attorneys for Defendant*

Of Counsel:
Robert P. Davis
MAYER BROWN LLP
1909 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000

Diana Hoover
MAYER BROWN LLP
700 Louisiana Street
Suite 3400
Houston, TX 77002
Telephone: (713) 238-2628
Fax: (713) 238-4628