UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X
David Thames on behalf of himself
and classes of those similarly
situated, and Fabiola Adonis, Akash
Ahmed, Augstin Alvarez, James
Anderson, Kenneth Bird, Saleha
Biswas, Annabelle Boose, Chris
Bradshaw, Santrese Brower-Haynes,
Paul Brown, Jeffrey Coleman,
Tammie Cromartie, Noel Reyes
Contreras, Antionette Davis, Patricia
Deline, Jasmin Diaz, Hakan Duzel,
Alfonso Esquivel, Vilma Flamenco,
Taga Fahim, Salvatore Grande, Akes
Handy, Kim Harley, Roger Hillaire,
Luke Hopkins, Suzette Johnson,
David Latimer, Doris Laya Calle,
Lisa Muse, Roudy Noel, Nathan
Ouderkirk, Denise Pokrentowski, Iris
Rivera, Awilda Rosario, Joeann
Starling, Judith Sutherland, Sherron
Thomas, Leon Tucker, Marcus
Vaughn, and Denise Williams
collectively,

                Plaintiffs,

vs.

KFC Corporation,

                Defendant.
------------------------------------------------- X

**ECF Case**

Case No. 1:07-cv-6836-WHP

**Affirmation of John M. Conlon**

STATE OF NEW YORK  )
                            ) ss.:
COUNTY OF NEW YORK  )

       JOHN M. CONLON, affirms, under penalty of perjury, as follows:

1. I am an attorney at the firm of Mayer Brown LLP, counsel to Defendant KFC Corporation, and respectfully submit this affirmation in support of the notice of transfer of action ordered on January 3, 2008 by the Judicial Panel on Multidistrict Litigation ("the Panel"), pursuant to U.S.C.A. § 1407.

2. Attached as Exhibit A is a copy of the January 3, 2008 Transfer Order issued in <u>In re KFC Corp. Fair Labor Standards Act Litigation</u>, MDL No. 1892.

Dated: January 7, 2008
New York, New York

_____
John M. Conlon

**Exhibit A**

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 03, 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: KFC CORP. FAIR LABOR
STANDARDS ACT LITIGATION

MDL No. 1892

## TRANSFER ORDER

**Before the entire Panel**[*]: Common defendant KFC Corp. (KFC) has moved, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of this litigation in the District of Minnesota. Plaintiffs in all actions oppose the motion.

This litigation currently consists of 28 actions listed on Schedule A and pending in 27 districts as follows: two actions in the District of Minnesota and one action each in 26 other districts throughout the nation.

After considering all argument of counsel, we find that these 28 actions involve common questions of fact, and that centralization under Section 1407 in the District of Minnesota will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions share factual questions arising out of similar allegations that KFC assistant unit managers are entitled to overtime compensation under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq.*, and analogous state laws. Centralization under Section 1407 will eliminate duplicative discovery; prevent inconsistent pretrial rulings, including those with respect to certification of collective and class actions; and conserve the resources of the parties, their counsel and the judiciary.

Objecting plaintiffs assert that centralization under Section 1407 is unnecessary because, *inter alia*, most of the discovery required in the actions has already been completed. We respectfully disagree. Discovery and motion practice with respect to the common factual questions regarding the propriety of KFC's employment practices and compliance with the FLSA and related state laws remains. Centralization under Section 1407 has the salutary effect of placing all actions in this docket before a single judge who can formulate a pretrial program that ensures streamlined resolution of all actions to the overall benefit of the parties and the judiciary.

We are persuaded that the District of Minnesota is an appropriate transferee forum for this litigation. All actions now before the Panel arise from the decertification of a conditionally certified nationwide collective action filed in the District of Minnesota *Parler* action, which has been pending

---

[*] Judges Motz and Scirica did not participate in the disposition of this matter.

-2-

for over two years.

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the District of Minnesota are transferred to the District of Minnesota and, with the consent of that court, assigned to the Honorable David S. Doty for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

D. Lowell Jensen      J. Frederick Motz*
Robert L. Miller, Jr.      Kathryn H. Vratil
David R. Hansen      Anthony J. Scirica*

IN RE: KFC CORP. FAIR LABOR STANDARDS
ACT LITIGATION                                                                 MDL No. 1892

## SCHEDULE A

### Middle District of Alabama

Victoria Poole, et al. v. KFC Corp., C.A. No. 2:07-502

### District of Arizona

Linda Alberico Pelland, et al. v. KFC Corp., C.A. No. 2:07-1110

### District of Connecticut

Armando Amador v. KFC Corp., C.A. No. 3:07-883

### District of Delaware

James Prestigiacomo, et al. v. KFC Corp., C.A. No. 1:07-353

### District of District of Columbia

Gloria Bell, et al. v. KFC Corp., C.A. No. 1:07-1016

### Middle District of Florida

Mark Bourlotos, et al. v. KFC Corp., C.A. No. 8:07-968

### Northern District of Georgia

Constance Wilson, et al. v. KFC Corp., C.A. No. 1:07-1538

### Northern District of Illinois

Talia Pippion, et al. v. KFC Corp., C.A. No. 1:07-3957

### Southern District of Indiana

Vickie Aldridge, et al. v. KFC Corp., C.A. No. 4:07-77

### Western District of Kentucky

Karen Black, et al. v. KFC Corp., C.A. No. 3:07-312

- A2 -

**MDL No. 1892 Schedule A (Continued)**

<div style="margin-left: 2em;">

Middle District of Louisiana

</div>

Tanya Ford, et al. v. KFC Corp., C.A. No. 3:07-390

<div style="margin-left: 2em;">

District of Maryland

</div>

Gloria Dozier, et al. v. KFC Corp., C.A. No. 8:07-1517

<div style="margin-left: 2em;">

District of Massachusetts

</div>

Francisco Anacleto, et al. v. KFC Corp., C.A. No. 1:07-11066

<div style="margin-left: 2em;">

Eastern District of Michigan

</div>

Minnie Ballard, et al. v. KFC Corp., C.A. No. 2:07-12538

<div style="margin-left: 2em;">

District of Minnesota

</div>

Christian Parler, et al. v. KFC Corp., C.A. No. 0:05-2198
Ray Ackerman, et al. v. KFC Corp., C.A. No. 0:07-2656

<div style="margin-left: 2em;">

Western District of Missouri

</div>

Jason Johnson v. KFC Corp., C.A. No. 4:07-416

<div style="margin-left: 2em;">

District of Nevada

</div>

Arturo Neyra, et al. v. KFC Corp., C.A. No. 2:07-795

<div style="margin-left: 2em;">

District of New Jersey

</div>

Robert Gruber, et al. v. KFC Corp., C.A. No. 1:07-2775

<div style="margin-left: 2em;">

Southern District of New York

</div>

David Thames, et al. v. KFC Corp., C.A. No. 1:07-6836

<div style="margin-left: 2em;">

Western District of North Carolina

</div>

Nikkia Barkley, et al. v. KFC Corp., C.A. No. 3:07-226

**MDL No. 1892 Schedule A (Continued)**

<ins>Southern District of Ohio</ins>

Thomas Wellman, et al. v. KFC Corp., C.A. No. 1:07-439

<ins>Western District of Oklahoma</ins>

Grahm Baccus, et al. v. KFC Corp., C.A. No. 5:07-648

<ins>Eastern District of Pennsylvania</ins>

Troy Williams, et al. v. KFC Corp., C.A. No. 2:07-2920

<ins>Eastern District of Tennessee</ins>

Kimberlee Bosworth v. KFC Corp., C.A. No. 1:07-131

<ins>Western District of Texas</ins>

Claudio Hernandez, et al. v. KFC Corp., C.A. No. 3:07-201

<ins>Eastern District of Virginia</ins>

Sebrina Dandrige, et al. v. KFC Corp., et al., C.A. No. 3:07-332

<ins>Northern District of West Virginia</ins>

Hope Jones, et al. v. KFC Corp., C.A. No. 3:07-74

# CERTIFICATE OF SERVICE

I, Evan A. Creutz, do hereby certify that I have on January 7, 2008 caused true and correct copies of the foregoing affirmation to be filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Adam T. Klein
Jack A. Raisner
OUTTEN & GOLDEN LLP
3 Park Avenue, 25th Floor
New York, NY 10016

and

Donald H. Nichols
Paul J. Lukas
Michelle R. Fisher
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
fisher@nka.com

_____
Evan A. Creutz